1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERIC MILLER,

        Plaintiff,                    No. CIV S-10-0284 GEB DAD PS

     v.

WELLS FARGO HOME MORTGAGE, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On August 31, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties who have appeared in the action and which contained notice to those parties that any objections to the findings and recommendations were to be filed within fourteen days. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2010 (Doc. No. 21) are adopted in full;

2. The motion to dismiss (Doc. No. 10) filed by defendant First American Loanstar Trustee Services on February 10, 2010, is granted pursuant to Federal Rule of Civil Procedure 12(b)(6);

3. The motion to dismiss (Doc. No. 15) filed by defendant Wells Fargo Home Mortgage on February 10, 2010, is granted pursuant to Federal Rule of Civil Procedure 12(b)(6); and

4. This action is dismissed with prejudice as to the two moving defendants only.

Dated: September 27, 2010

GARLAND E. BURRELL, JR.
United States District Judge